WALTER FIRTH, DEFENDANT IN ERROR, v. PENNSYL-
VANIA RAILROAD COMPANY. PLAINTIFF IN ERROR.

Submitted March 25, 1912—Decided June 20, 1912.

On error to the Supreme Court.

For the plaintiff in error, *Alan H. Strong.*

For the defendant in error, *John H. Backes.*

PER CURIAM.

The decision of this case is dependent upon that of *Walter S. Firth* v. *Pennsylvania Railroad Co., ante* p. 467, and for the reasons stated in the opinion in that case the judgment brought up by this writ of error is affirmed.

*For affirmance*—THE CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, KALISCH, BOGERT, VREDENBURGH, VROOM, CONGDON, WHITE, TREACY, JJ.   15.

*For reversal*—None.